IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL of CARPENTERS PENSION FUND, et al., | )<br>)<br>) |
| Plaintiffs, | ) Case 12 cv 3834<br>)<br>) Judge Pallmeyer<br>) |
| v. | ) |
| RICK CLARK d/b/a R & W CLARK CONSTRUCTION, INC., and<br>RICK CLARK d/b/a FORTMEYER CONSTRUCTION CO., | )<br>)<br>)<br>)<br>) |
| Defendant. | ) |

## MOTION TO REINSTATE THE CASE AND ENTER JUDGMENT

Now come Plaintiffs, the Chicago Regional Council of Carpenters Pension Fund, et al., by their attorney, David Whitfield, of Whitfield McGann & Ketterman, and respectfully requests that this Honorable Court reinstate the case and enter final judgment for the amounts found to be owed. In support of the motion, the Plaintiffs state as follows:

1. Plaintiffs filed their complaint on May 17, 2012, and good service of summons occurred on August 3, 2012. (Exhibit A, Affidavits of Service)

2. At all times relevant to this action, the Defendants have been bound by the provisions of a Collective Bargaining Agreement and the Trust Agreements which created the Trust Funds. (Exhibit B – Signed Agreement)

3. This action arises under Section 502 of the Employee Retirement Income Security Act and Section 301 of the Taft-Hartley Act. (29 U.S.C. §§1132 and 185). Jurisdiction is founded on the existence of questions arising thereunder.

4. Plaintiffs and Defendants entered into an Agreed Order of Dismissal on June 19, 2015. (Exhibit C – Agreed Order of Dismissal)

1

5. The Defendants breached Paragraph 1 of the agreed Order of Dismissal by failing to maintain the agreed upon monthly installment payments to the Plaintiffs. The Defendants owes the Plaintiffs $31,852.44 of the Agreed Order of Dismissal. (Exhibit D – Sworn Declaration of John Libby)

6. Paragraph 3 of the Agreed Order of Dismissal provides Plaintiffs' the right to seek entry of a judgment if Paragraph 1 is breached. (Exhibit C – Agreed Order of Dismissal)

WHEREFORE, Plaintiffs pray:

- a) That the Defendants be ordered to submit payment of $31,852.44 to the Plaintiffs.
- b) That Plaintiffs have such other and further relief as by the Court may be deemed just and equitable all at the Defendant's costs pursuant to 29 U.S.C. §1132(g)(2)(E).

By: /s/ David Whitfield
Attorney for Plaintiffs

David Whitfield
Whitfield McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
T: (312) 251-9700 F: (312) 251-9701
Firm File Number N9174