IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., | ) ) ) |
| Plaintiffs, | ) 12 CV 3834 ) Judge Pallmeyer |
| v. | ) |
| RICK CLARK d/b/a R & W CLARK CONSTRUCTION, INC., and RICK CLARK d/b/a FORTMEYER CONSTRUCTION CO., | ) ) ) ) |
| Defendants. | ) |

## AGREED MOTION FOR AGREED SUPPLEMENTAL JUDGMENT

The Plaintiffs, by their attorney, Travis Ketterman, move this Court for the entry of an Agreed Supplemental Judgment and in support state as follows:

1. On September 9, 2015, this Court entered Judgment in favor of the Plaintiffs and against the Defendants in the amount of $31,852.44. (*Exhibit A*)

2. On August 2, 2016 the Plaintiffs and Defendants reached an agreement as to all outstanding matters among the parties.

3. The Plaintiffs and Defendants agree to the entry of the requested Agreed Supplemental Judgment in the amount of $54,151.15. (*Exhibit B*)

5. The Plaintiffs and Defendants agree that the September 9, 2015 Judgment and this Agreed Supplemental Judgment are both outstanding judgments by Plaintiffs against Defendants in case 12 cv 3834.

WHEREFORE, Plaintiffs pray for an entry of an order for an Agreed Supplemental Judgment in the amount of $54,151.15.

CHICAGO REGIONAL COUNCIL OF
CARPENTERS PENSION FUND, et al.,

By: /s/ Travis Ketterman
Attorney for Plaintiffs

Travis Ketterman
Whitfield, McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago, IL 60601